UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVD INVEST CORP et al.,<br><br>Defendants. | Case No. 2:26-cv-02581-SB-SK<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

The complaint was filed on March 11, 2026. More than 90 days have passed, and Plaintiffs have not filed proof of service on Defendant Aliaksandr Damaratski. Moreover, Plaintiffs' proof of service on Defendant AVD Invest Corp was deficient, leading to the denial of Plaintiffs' request for entry of default on May 19, 2026, and Plaintiffs have not filed proof of proper service. Plaintiffs are ordered to show cause, in writing, no later than July 31, 2026, why this action should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; L.R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants were served within the 90-day period or a showing of good cause supporting a request to extend the service period. The filing of proofs of service on both Defendants shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiffs' claims.

Date: July 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge